M. Jonathan Hayes (Bar No. 90388)
Roksana D. Moradi (Bar No. 266572)
**Law Offices of M. Jonathan Hayes**
9700 Reseda Blvd., Suite 201
Northridge, CA 91324
Telephone: (818) 882-5600
Facsimile: (818) 882-5610
jhayes@hayesbklaw.com
roksana@hayesbklaw.com

*Attorneys for Debtor*
SUZANNE FRANK GERBASI

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SUZANNE FRANK GERBASI,<br><br>Debtor. | Case No. 2:10-bk-64548-PC<br><br>Chapter 11<br><br>**STATEMENT RE SINGLE ASSET REAL ESTATE**<br><br>*STATUS CONFERENCE:*<br>Date: February 16, 2010<br>Time: 9:30 a.m.<br>Ctrm: 1539<br>U.S. Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

TO THE HONORABLE PETER CARROLL, UNITED STATES BANKRUPTCY JUDGE; TO THE US TRUSTEE AND TO ALL PARTIES IN INTEREST:

1. This case was commenced by the filing of an emergency voluntary petition under Chapter 11 of the *Bankruptcy Code* on December 22, 2010 by Suzanne Frank Gerbasi (the "Debtor"). She filed the remaining Schedules and Statement of Financial Affairs on January 5, 2011.

2. The Debtor owns the following property:

| PROPERTY | FAIR MARKET VALUE | FIRST MORTGAGE | SECOND MORTGAGE |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1422 Abbott Kinney Blvd, Venice, CA 90291 *Commercial Property* | $1,600,000 | $922,000 | $488,000 (second) $150,000 (third) |
| 70754 Fairway Dr., Rancho Mirage, CA 92270 Occupied by Debtor's husband – property to be abandoned | $950,000 | $1,000,000 | N/A |
| 616 Millwood Ave., Venice, CA 90291 Consist of 3 units – debtor owns 1/3 of total | $650,000 | $675,000 | N/A |
| 2325 Frey Ave., Venice, CA 90291 Debtor owns 10% | $1,175,000 (100% of value) | $664,000 | $250,000 (second) $375,000 (third) |

3. Title to the properties are all held in the Debtor's family trust. The Debtor rents a small apartment in the Venice area.

4. The Debtor is a long time real estate agent/broker in the Venice area. She operates her business through her wholly owned corporation, Abbott Kinney Real Estate. She employs approximately 50 agents in her business. She has been extremely successful in the past however times are slow for real estate agents as is well known. The Debtor's corporation is the tenant of her commercial property.

5. This case is not classified as a Single Asset Real Estate Bankruptcy, as defined by 11 U.S.C. §101 (51B), because the Debtor owns several parcels of real property, none of which generates "substantially all of the gross income of a debtor who is not a family farmer and on which no substantial business is being conducted by a debtor other than the business of operating the real property and activities incidental."

Dated: January 28, 2011 **LAW OFFICES OF M. JONATHAN HAYES**

**By: /s/ Roksana D. Moradi**
**M. Jonathan Hayes**
**Roksana D. Moradi**
*Attorneys for Debtor*
SUZANNE FRANK GERBASI

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9700 Reseda Blvd., Suite 201, Northridge, CA 91324.

A true and correct copy of the foregoing document described as **STATEMENT RE SINGLE ASSET REAL ESTATE** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **1/28/11** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

- **John P Byrne John.Byrne@byrnelaw.biz**
- **Russell Clementson russell.clementson@usdoj.gov**
- **Christine M Fitzgerald cfitzgerald@scckg.com**
- **M Jonathan Hayes jhayes@polarisnet.net**
- **Christopher Hoo choo@millerlaw.biz**
- **Randall P Mroczynski randym@cookseylaw.com**
- **Donna T Parkinson donna@parkinsonphinney.com**
- **United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **1/28/11** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

Hon. Peter H. Carroll
US Bankruptcy Court
Central District – LA Branch
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

Suzanne Frank Gerbasi
1615 Crescent Place
Venice, CA 90291

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **1/28/11** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **1/28/11** | **Roksana D. Moradi** | **/s/ Roksana D. Moradi** |
| *Date* | *Type Name* | *Signature* |

**LAW OFFICES**
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324