| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| M. Jonathan Hayes (Bar No. 90388)<br>Roksana D. Moradi (Bar No. 266572)<br>Law Offices of M. Jonathan Hayes<br>9700 Reseda Blvd., Suite 201<br>Northridge, CA 91324<br>Telephone: (818) 882-5600 Facsimile: (818) 882-5610<br>jhayes@hayesbklaw.com  roksana@hayesbklaw.com<br><br>*Attorney for* Debtor | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: Suzanne Frank Gerbasi,

Debtor.

Plaintiff(s),

vs.

Defendant(s).

CHAPTER 11

CASE NUMBER 2:10-bk-64548-PC

☐ ADVERSARY NUMBER (If Applicable)

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*:
   Suzanne Frank Gerbasi

2. The name, address and telephone number of the New Attorney are *(specify)*:
   Susana Beatriz Tolchard
   25852 McBean Pkwy #209, Valencia, CA 91355 (661) 287-9986

3. New Attorney hereby appears in the following matters:   ☒ The case    ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*: M. Jonathan Hayes

Dated: 01/28/11

Suzanne Frank Gerbasi
Type Name of Party

*Signature of Party*

I consent to the above substitution.

Dated: 01/28/11

M. Jonathan Hayes
Type Name of Present Attorney

*Signature of Present Attorney*

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: 1/28/11

Susana B. Tolchard
Type Name of New Attorney

*Signature of New Attorney*

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2090-1.4

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9700 Reseda Blvd., Suite 201, Northridge, CA 91324.

A true and correct copy of the foregoing document described as **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **1/31/11** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

- **John P Byrne**   John.Byrne@byrnelaw.biz
- **Russell Clementson**   russell.clementson@usdoj.gov
- **Christine M Fitzgerald**   cfitzgerald@scckg.com
- **M Jonathan Hayes**   jhayes@polarisnet.net
- **Christopher Hoo**   choo@millerlaw.biz
- **Randall P Mroczynski**   randym@cookseylaw.com
- **Donna T Parkinson**   donna@parkinsonphinney.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On **1/31/11** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

Hon. Peter H. Carroll
US Bankruptcy Court
Central District – LA Branch
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

Suzanne Frank Gerbasi
1615 Crescent Place
Venice, CA 90291

Law Office of Susana B Tolchard
25852 McBean Pkwy #209
Valencia, CA 91355

Bay Area Financial
12400 Wilshire Blvd., Suite 230
Los Angeles, CA 90025

Bay Area Financial Corp.
c/o UTLS Default Services, LLP
P.O. Box 5899
Irvine, CA 92616

**LAW OFFICES**
M. Jonathan Hayes

1

| | |
|---|---|
| Chase Card Services<br>P.O. Box 94010<br>Palatine, IL 60094 | Kinecta FCU<br>P.O. Box 172<br>Manhattan Beach, CA 90267 |
| Chase Finance<br>P.O. Box 78067<br>Phoenix, AZ 85062-8068 | Mercedes Benz<br>P.O. Box 9001680<br>Louisville, KY 40290 |
| Craig Tanimoto<br>214 Carroll Canal<br>Venice, CA 90291 | One West Bank<br>Randall S. Miller & Associates, P.C.<br>15165 Ventura Blvd., Suite 330<br>Sherman Oaks, CA 91403 |
| Eyal Hollinger<br>1332 Amherst Ave.<br>Los Angeles, CA 90025 | Raphael Hollinger<br>1332 Amherst Ave.<br>Los Angeles, CA 90025 |
| IndyMac Mortgage Services<br>P.O. Box 78826<br>Phoenix, AZ 85020-8826 | Richard Rogg<br>c/o PLM Lender Services, Inc.<br>46 N. Second Street<br>Campbell, CA 95008 |
| Jacek Terpinsky<br>1194 Huron Road<br>North Brunswick, NJ 08902 | Thunderbird Property Owners Assoc.<br>Desert Resort Management<br>P.O. Box 14387<br>Palm Desert, CA 92255 |
| James M. Landon<br>125 Cove Court<br>Roseville, CA 95747 | |
| Joseph Hiura<br>612 Milwood Ave.<br>Venice, CA 90291-3863 | Zions Bank<br>P.O. Box 26304<br>Salt Lake City, UT 84125 |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **1/31/11** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/31/11 | Roksana D. Moradi | /s/ Roksana D. Moradi |
|---|---|---|
| Date | Type Name | Signature |

LAW OFFICES
M. Jonathan Hayes