**The ByrneLaw Office**
A professional corporation
John P. Byrne, SBN 134412
Sherin Hackman, SBN 223612
20969 Ventura Blvd., Suite 230
Woodland Hills, California 91364-2378
Ph. (818) 593-5520
Fax (818) 593-5522
John.Byrne@byrnelaw.biz
Attorneys for Movant/Creditor Vinny, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SUZANNE FRANK GERBASI,<br><br>Debtor | Case No. 2:10-bk-64548 PC<br><br>**STIPULATION BY AND BETWEEN CREDITOR VINNY, LLC AND DEBTOR SUZANNE FRANK GERBASI RE DEBTOR'S MOTION TO APPROVE THE SALE OF CERTAIN ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES**<br><br>Date: February 25, 2011<br>Time: 9:30 a.m.<br>Ctrm: 1539 |

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE AND TO INTERESTED PARTIES:**

Creditor Vinny, LLC ("Vinny"), on its behalf; and Debtor Suzanne Frank Gerbasi ("Debtor"), an individual, on her behalf, being duly represented by counsel of record, hereby stipulate and agree as follows:

///

///

1

**WHEREAS:**

1. Debtor filed her voluntary Chapter 11 Bankruptcy Petition on December 22, 2010. She has acted as Debtor-in-Possession since the commencement of the case. No Committee of Unsecured Creditors has been organized.

2. The Debtor is a co-owner of certain real property commonly known as 2325 Frey Avenue, Venice, CA 90291 (the "Real Property");

3. Vinny is a creditor of Debtor with a secured claim that encumbers the Real Property with a first-priority consensual lien as evidenced by a duly recorded deed of trust and subsequent assignment;

4. Debtor has moved the Court for an Order approving a sale or sales of the Real Property free and clear of liens and encumbrances ("Sale");

5. Debtor proposes to pay Vinny through the Sale provided that she agrees with Vinny on the amount needed to satisfy Vinny's claim;

**WHEREFORE:**

6. Debtor stipulates that the amount of Vinny's claim as of February 25, 2011 is $732,276.12. Interest accrues on the debt at $183.56 per day;

7. Vinny may submit a copy of this Stipulation to the escrow handling the proposed Sale as its Beneficiary's Demand;

8. Vinny waives opposition to the Motion and to the Sale provided that the Court approves this Stipulation.

```
 1   SO AGREED:                    The ByrneLaw Office
 2   Dated: 2/24/2011              A Professional Corporation
 3
 4                                 _____
 5                                 John P. Byrne
                                   Attorneys for Vinny, LLC
 6   Dated: 2/23/2011
                                   Law Office of Susana B. Tolchard
 7
 8                                 _____
 9                                 Susana B. Tolchard
                                   Attorneys for Debtor
10                                 Suzanne Frank Gerbasi
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 20969 Ventura Blvd., Ste. 230, Woodland Hills, CA

A true and correct copy of the foregoing document described as **STIPULATION BY AND BETWEEN CREDITOR VINNY, LLC AND DEBTOR SUZANNE FRANK GERBASI RE DEBTOR'S MOTION TO APPROVE THE SALE OF CERTAIN ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/24/11, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
- John P Byrne    John.Byrne@byrnelaw.biz
- Russell Clementson    russell.clementson@usdoj.gov
- Christine M Fitzgerald    cfitzgerald@scckg.com
- Margaret E Garms    margaret@parkinsonphinney.com
- M Jonathan Hayes    jhayes@polarisnet.net
- Christopher Hoo    choo@millerlaw.biz
- Randall P Mroczynski    randym@cookseylaw.com
- Donna T Parkinson    donna@parkinsonphinney.com
- Timothy J Silverman    tim@sgsslaw.com
- Susana B Tolchard    susana@tolchardlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐    Service information continued on attached page

II. <u>**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)</u>:
On ___***Fill in Date Document is Filed,***___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

☐    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/14/11 | Patricia Recinos | /Patricia Recinos/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**