Susana B. Tolchard (Bar No. 219889)
**Law Offices of Susana B. Tolchard**
25852 Mc Bean Parkway #209
Valencia, CA 91355
Telephone: (661) 414-7130
Facsimile: (661) 414-7117
Susana@tolchardlaw.com

*Attorney for Debtor in Possession*
SUZANNE FRANK GERBASI

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SUZANNE FRANK GERBASI,<br><br>Debtor and Debtor in Possession. | Case No. 2:10-bk-64548-PC<br><br>Chapter 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND PROOFS OF INTEREST**<br><br>**BAR DATE:**<br><br>**April 17, 2011** |

**TO: ALL CREDITORS OF SUZANNE FRANK GERBASI AND OTHER PARTIES IN INTEREST:**

<u>NOTICE OF CLAIMS DEADLINE</u>

PLEASE TAKE NOTICE that the Unites States Bankruptcy Court for the Central District of California has set a date by which all entities that hold claims against SUZANNE FRANK GERBASI which arose or are deemed to have risen prior to the commencement of the Debtor's Chapter 11 bankruptcy case filed on December 22, 2010, and which claims are based on the Debtor's primary, secondary, direct, indirect, secured, unsecured, contingent, or guaranty liability or otherwise, must:

1

FILE PROOFS OF CLAIMS AND/OR PROOFS OF INTEREST WITH THE COURT WITH THE CLERK OF THE UNITES STATES BANKRUPTCY COURT LOCATED AT 255 E. TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012, ON OR BEFORE 4:00 P.M. ON **APRIL 17, 2011** (the "Bar Date") OR BE FOREVER BARRED FROM FILING SUCH CLAIMS OR INTERESTS AGAINST THE ESTATE OF THE DEBTOR, AND FROM BEING TREATED AS CREDITORS OR INTEREST HOLDERS FOR THE PURPOSE OF VOTING AND SHARING IN ANY DISTRIBUTION. COPIES OF EACH PROOF OF CLAIM OR PROOF OF INTEREST SHALL BE FILED WITH THE BANKRUPTCY COURT AT THE ABOVE ADDRESS AND A COPY SERVED ON COUNSEL FOR DEBTOR, SUSANA B. TOLCHARD, 25852 McBEAN PARKWAY, #209, VALENCIA, CA 91355; TELEPHONE (661) 414-7130, FACSIMILE (661) 414-7117.

The exceptions to this deadline for filing proofs of claim or interest are: (1) claims arising from rejection of executor contracts or unexpired leases; (2) claims of governmental units; (3) claims arising as the result of transfer avoidance pursuant to Chapter 5 of the Bankruptcy Code.

On January 5, 2011, the Debtor filed her Schedules of Assets and Liabilities and Statement of Financial Affairs. These documents are available for inspection during regular business hours at the Offices of the Clerk of the United States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, CA 90012.

CLAIMS OF ANY CO-DEBTORS, SURETY OR GUARANTORS THAT MAY BE FILED UNDER BANKRUPTCY CODE SECTION 501(b), AND RULE 2005 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, MUST BE FILED ON OR BEFORE THE BAR DATE.

An entity that asserts a claim against the Debtor arising out of the rejection by the Debtor of executory contracts, or unexpired leases, or arising out of the recovery by the Debtor of an avoidable transfer, or arising out of the occurrence of certain taxes as

described in Bankruptcy Code Sections 502(g), 502(h) or 502(i), respectively, and wishes to have such claim allowed in this case, must file a proof of claim with the Clerk of the Court within 30 days after entry of an order or judgment rejecting such contract or lease, a judgment avoiding or recovering said transfer, or within 30 days after any relevant claim arises or by the bar date, whichever is later.

For claims of "governmental units," as the term is defined in 11 U.S.C. Section 101(27), proofs of claim are timely filed if filed: (a) before 180 days after the date of the order for relief in this case, or (b) by April 17, 2011, whichever is later.

<u>Creditors</u> (i) whose claims are listed on the Debtor's Schedules of Liabilities, (ii) whose claims are not listed as disputed, contingent, or unliquidated, and (iii) who do not dispute the stated amount of their claim or the manner in which their claim is listed, need not file proofs of claim but may do so if they wish.

If it is necessary for the Debtor to amend schedules to more accurately reflect known claims against the estate, appropriate notice thereof will be given to affected creditors. From the date of service of that notice, affected creditors will have thirty days to file a proof of claim, if necessary.

<u>Creditors who have already filed proofs of claim need not file again</u>. Any proof of claim previously filed with the Clerk of this Court prior to the mailing of this notice shall be deemed to be, and shall be treated as, a properly filed proof of claim subject to the right of the Debtor or any party in interest to object to the allowance thereof.

<u>Creditors</u> (i) whose claims are not listed on the schedules, (ii) whose claims are listed as disputed, contingent, or unliquidated, (iii) who dispute the amount of their claim as listed on the schedules, or (iv) who dispute the manner in which their claim is listed <u>must file a proof of claim with the Clerk of the Unites States Bankruptcy Court at the address stated herein on or before the Bar Date.</u>

1     In order to assist in the review and reconciliation of proofs of claim, claims should
2 include copies of any invoices, statements, or other documents evidencing the amounts
3 and/or basis of the claim.

4     All creditors shall have the burden of informing the Clerk of the Court of a change
5 of address subsequent to the filing of a proof of claim or proof of interest, or if the address
6 provided by the Debtor in the Schedules in inaccurate.

7     **FAILRE TO FILE A PROOF OF CLAIM, IF YOU ARE REQUIRED TO DO
8 SO, MAY RESULT IN YOUR CLAIM BEING FOREVER BARRED, THE
9 DEBTOR BEING DISCHARGED FROM YOUR CLAIM AND YOU NOT BEING
10 ALLOWED TO PARTICIPATE IN ANY PLAN OF REORGANIZATION OR
11 RECEIVE ANY PAYMENT OR DISTRIBUTION IN ANY PLAN OF
12 REORGANIZATION. IF YOU ARE UNCERTAIN ABOUT YOUR CLAIM, YOU
13 MAY WANT TO CONSULT YOUR OWN PERSONAL COUNSEL REGARDING
14 THE FILING OF YOUR CLAIM. IT IS THE SOLE RESPONSIBILITY OF
15 CREDITORS TO CORRECTLY FILL OUT THE PROOF OF CLAIM FORMS.**

17 Dated: March 3, 2011                                  Law Offices of Susana B. Tolchard

19                                               By:/s/ Susana B. Tolchard
                                                Susana B. Tolchard
20                                                 Attorney for Debtor
                                                Suzanne Frank Gerbasi

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 25852 Mc Bean Parkway #209, Valencia, CA 91355.

A true and correct copy of the foregoing document described as **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIMS AND PROOF OF INTERESTS** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/3/11 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- John P Byrne    John.Byrne@byrnelaw.biz
- Russell Clementson    russell.clementson@usdoj.gov
- Christine M Fitzgerald    cfitzgerald@scckg.com
- M Jonathan Hayes    jhayes@polarisnet.net
- Christopher Hoo    choo@millerlaw.biz
- Randall P Mroczynski    randym@cookseylaw.com
- Donna T Parkinson    donna@parkinsonphinney.com
- Susana B. Tolchard    Susana@tolcharlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On 3/3/11 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Peter H. Carroll
US Bankruptcy Court
Central District – LA Branch
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

Suzanne Frank Gerbasi
1615 Crescent Place
Venice, CA 90291

Bay Area Financial
12400 Wilshire Blvd., Suite 230
Los Angeles, CA 90025

Bay Area Financial Corp.
c/o UTLS Default Services, LLP
P.O. Box 5899
Irvine, CA 92616

Chase Card Services
P.O. Box 94010
Palatine, IL 60094

Chase Finance
P.O. Box 78067
Phoenix, AZ 85062-8068

LAW OFFICES
Susana B. Tolchaard

5

| | | |
|---|---|---|
| 1 | Craig Tanimoto<br>214 Carroll Canal<br>Venice, CA 90291 | Mercedes Benz<br>P.O. Box 9001680<br>Louisville, KY 40290 |
| 2 | | |
| 3 | Eyal Hollinger<br>1332 Amherst Ave.<br>Los Angeles, CA 90025 | One West Bank<br>Randall S. Miller & Associates, P.C.<br>15165 Ventura Blvd., Suite 330<br>Sherman Oaks, CA 91403 |
| 4 | | |
| 5 | IndyMac Mortgage Services<br>P.O. Box 78826<br>Phoenix, AZ 85020-8826 | Raphael Hollinger<br>1332 Amherst Ave.<br>Los Angeles, CA 90025 |
| 6 | | |
| 7 | Jacek Terpinsky<br>1194 Huron Road<br>North Brunswick, NJ 08902 | Richard Rogg<br>c/o PLM Lender Services, Inc.<br>46 N. Second Street<br>Campbell, CA 95008 |
| 8 | | |
| 9 | James M. Landon<br>125 Cove Court<br>Roseville, CA 95747 | Thunderbird Property Owners Assoc.<br>Desert Resort Management<br>P.O. Box 14387<br>Palm Desert, CA 92255 |
| 10 | | |
| 11 | Joseph Hiura<br>612 Milwood Ave.<br>Venice, CA 90291-3863 | |
| 12 | | Zions First National Bank<br>Legal Services UT ZB11 0877<br>P.O. Box 30709<br>Salt Lake City, UT 84130-0709 |
| 13 | Kinecta FCU<br>P.O. Box 172<br>Manhattan Beach, CA 90267 | |
| 14 | | |
| 15 | Wells Fargo<br>Home Equity Group<br>P O Box 13765 R4057-01p<br>Roanoke, VA 24037-3765 | Chase Auto Finance<br>201 N Central Ave<br>Phoenix, AZ 85004-0073 |
| 16 | | |
| 17 | Wells Fargo Bank, NA<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 | Chase Bank USA, N.A<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 |
| 18 | | |
| 19 | | |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/3/2011 | Susana B. Tolchard | /s/ Susana B. Tolchard |
|---|---|---|
| Date | Type Name | Signature |

LAW OFFICES
Susana B. Tolchaard

6