**BARRY R. GORE, ESQ. SBN 143278**
**CHRISTINE M. FITZGERALD, ESQ. SBN 259014**
**SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE**
**A Professional Law Corporation** 424 Carson Street, Suite 350
**Torrance, California 90503**
**(310) 542-0111 Telephone**
**(310) 214-7254 Facsimile**

Bankruptcy Counsel to Creditor
Bay Area Financial Corporation

FILED & ENTERED

MAR 18 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY walter    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SUZANNE FRANK GERBASI,<br><br>Debtor and Debtor in Possession. | Case No. 2:10-bk-64548-PC<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR APPROVAL OF STIPULATION REGARDING CASH COLLATERAL AND ADEQUATE PROTECTION**<br><br>Date: March 16, 2011<br>Time: 9:30 a.m.<br>Place: 1539 |

The Motion for Approval of Stipulation Regarding Cash Collateral and Adequate Protection came on for hearing at the above date, time and place. Christine M. Fitzgerald, Esq. of Smith Campbell Clifford Kearney Gore, A Professional Law Corporation appeared on behalf of secured creditor, Bay Area Financial Corporation ("BAFC").

The Court, having considered the Stipulation Regarding Cash Collateral and Adequate Protection (the "Stipulation") by and between BAFC and Suzanne Frank Gerbasi, the debtor and debtor-in-possession (the "Debtor"), the Motion for Approval of Stipulation Regarding Cash Collateral and Adequate Protection [Docket No. 24] ("Motion"), which BAFC filed to

seek approval of the Stipulation, papers filed in support of the Motion, and the record in this case, and no responses or objections having been filed, and a hearing having been held on the Motion, finds that 1) notice of the Motion was adequate and sufficient and 2) entering an order approving the Stipulation as set forth below is in the best interests of the Debtor's estate and creditors. Accordingly, it is **ORDERED** that the Motion is GRANTED and the Stipulation is APPROVED in its entirety.

###

DATED: March 18, 2011

United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson St., Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION FOR APPROVAL OF STIPULATION REGARDING CASH COLLATERAL AND ADEQUATE PROTECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐                                                                                     Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **March 16, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge**
Honorable Peter Carroll
255 E. Temple St., Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐                                                                                     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 16, 2011 | Brenda L. Campos | /s/  Brenda L. Campos |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR APPROVAL OF STIPULATION REGARDING CASH COLLATERAL AND ADEQUATE PROTECTION**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**See attached service list**

☒                                                                                                                       Service  information  continued  on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐                                                                                                                       Service  information  continued  on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**See attached service list**

☒                                                                                                                       Service  information  continued  on attached page

# SERVICE LIST

## SECTION I

**SERVED VIA NEF BY THE COURT**

**CHAPTER 7 TRUSTEE**
Russell Clementson   Russell.   clementson@usdoj.gov

**UNITED STATES TRUSTEE (LA)**
Ustpregion16.la.ecf@usdoj.gov

**DEBTORS COUNSEL**
Susan B. Tolchard         Susana@tolchardlaw.com

**Attorney for Creditor Bay Area Financial Corp.**
Christine M. Fitzgerald      cfitzgerald@scckg.com

**Other Parties Served via NEF**
John P. Byrne           john.bryne@byrnelaw.biz
Christopher Hoo          choo@millerlaw.biz
Randall P. Mroczynski    randym@cookseylaw.com
Donna T. Parkinson       donna@parkinsonphinney.com
M Johnathan Hayes         jhayes@polarisnet.net
Margaret E. Garms        Margaret@parkinsonphinney.com
Timothy J. Silverman      tim@sgsslaw.com

## SECTION III

**SERVED VIA US MAIL BY THE LODGING PARTY**

**DEBTOR**
Suzanne Frank Gerbasi
1615 Crescent Place
Venice, CA 90291-3820

**CREDITORS**
Bay Area Financial
12400 Wilshire Blvd. Suite 230
Los Angeles, CA 90025-1055

Craig Tanimoto
214 Carroll Canal
Venice, CA 90291-4578

Jacek Terpinsky
1194 Huron Road
North Brunswick, NJ 08902-1612

**SECTION III CONTINUED**

Kinecta FCU
P.O. Box 172
Manhattan Beach, CA 90267-0172

Richard Rogg
c/o PLM Lender Services, Inc.
46 N. Second Street
Campbell, CA 95008-2026

Wells Fargo Bank, N.A
Wells Fargo Card Services/Recovery Dept.
P.O. Box 9210
Des Moines, IA 50366-9210

Chase card Services
P.O. Box 94010
Palatine, IL 60094-4010

Eyal Hollinger
1332 Amherst Ave.
Los Angeles, CA 90025-2092

Raphael Hollinger
1332 Amherst Ave.
Los Angeles, CA 90025-2092

James M. Landon
125 Cove Court
Roseville, CA 95747-8834

Joseph Hiura
612 Milwood Ave.
Venice, CA 90291-3863

Mercedes Benz
P.O. Box 9001680
Louisville, KY 40290-1680

Tunderbird Property Owners Assoc.
Desert Resort Mgmt
P.O. Box 14387
Palm Desert, CA 92255-4387

Zions First National Bank
Legal Services UT ZB11 0877
P.O. Box 30709
Salt Lake City, UT 84130-0709

**SECTION III CONTINUED**

Chase Finance
P.O. Box 78067
Phoenix, AZ 85062-8067

IndyMac Mortgage Services
P.O. Box 78826
Phoenix, AZ 85062-8826

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

L.A. County Tax Collector
Bankruptcy Unit
2615 S. Grand
Los Angeles, CA 90007-2608

Franchise Tax Board
Attn: Bankruptcy Dept.
P.O. Box 2952
Sacramento, CA 95812-2952

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

**OTHER INTERESTED PARTIES**
Securities & Exchange Commission
5670 Wilshire Ave. 11th Floor
Los Angeles, CA 90036-5627