# U.S. Bankruptcy Court

## Central District Of California

Notice of Electronic Claims Filing

The following transaction was received from Osborne, Lora on 1/27/2011 at 6:57 AM PST

| | |
|---|---|
| **Case Name:** | Isabel A. Soria |
| **Case Number:** | 2:10-bk-62548-VZ |
| **Creditor Name:** | Wells Fargo Bank Home Equity Group P O Box 13765 Roanoke, VA 24037 |
| **Claim Number:** | 5   Claims Register |
| **Total Amount Claimed:** | $257047.37 |

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** I:\BANKRUPT\POC\Jake\Soria5084poc.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=1/27/2011] [FileNumber=42118506-0] [be2edadfe0f14e71cc668a23bbb981f2b3971b4e8603a0d9c2aa68e14366c7fe85 bc38fbd2fe22ff5012de1d36faaebd9858487d23fe5e88be3b9106e216600b]]

File another claim