Susana B. Tolchard (Bar No.219889 )
**Law Offices of Susana B. Tolchard**
25852 Mc Bean Parkway, #209
Valencia, CA 91355
Telephone: (661) 287-9986
Facsimile: (661) 414-7117
susana@tolchardlaw.com

Attorneys for Debtor
SUZANNE FRANK GERBASI

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SUZANNE FRANK GERBASI,<br><br>Debtor | Case No. 2:10-64548-PC<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S DISCLOSURE STATEMENT DESCRIBING DEBTOR'S CHAPTER 11 PLAN**<br><br>**Disclosure Statement Hearing**<br><br>Date: June 29, 2011<br>Time: 9:30 a.m.<br>Place: 255 East Temple Street<br>       Courtroom 1539<br>       Los Angeles, CA 90012 |

Please take notice that a hearing has been set to determine the adequacy of the Debtor's Disclosure Statement on June 29, 2011 at 9:30 a.m. The Debtor filed her Disclosure Statement and Plan of Reorganization on May 13, 2011. If you desire a copy of the Disclosure Statement and Plan of Reorganization and any amendments thereto, you may request in writing a copy from Susana B. Tolchard, address in the upper left hand

corner of this document. The request may be made by email and a copy will be provided by return email.

Pursuant to Local Bankruptcy Rule 3017-1, objections to the Disclosure Statement shall be filed and served on the Debtor, the trustee, any committee appointed under the Code, and any other entity designated by the court, at least fourteen (14) days prior to the hearing.

DATED:  May 13, 2011              **LAW OFFICE OF SUSANA B. TOLCHARD**

                                  By:   /s/  **Susana B. Tolchard**
                                        **Susana B. Tolchard**
                                        *Attorney for Debtor*
                                        SUZANNE FRANK GERBASI

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 25852 Mc Bean Parkway #209, Valencia, CA 91355.

A true and correct copy of the foregoing document described as **NOTICE OF HEARING ON DEBTOR'S DISCLOSURE STATEMENT DESCRIBING DEBTORS' CHAPTER 11 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **05/13/2011** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **05/13/2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**XX**  Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **05/13/2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **05/13/2011** | **Susana B. Tolchard** | **/s/  Susana B. Tolchard** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**ATTACHMENT CONTINUED...**

## SECTION I SERVED VIA NEF

**United States Trustee Office**

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**Attorney for United States Trustee**

Russell Clementson    russell.clementson@usdoj.gov

**Debtor's Counsel**

Susana B Tolchard    susana@tolchardlaw.com

**Creditor's Representatives and Other Interested Parties**

| | |
|---|---|
| John P Byrne | John.Byrne@byrnelaw.biz |
| Christine M Fitzgerald | cfitzgerald@scckg.com |
| Margaret E Garms | margaret@parkinsonphinney.com |
| M Jonathan Hayes | jhayes@polarisnet.net |
| Christopher Hoo | choo@millerlaw.biz |
| Randall P Mroczynski | randym@cookseylaw.com |
| Donna T Parkinson | donna@parkinsonphinney.com |
| Timothy J Silverman | tim@sgsslaw.com |

## SECTION II SERVED VIA US MAIL

**Debtor**

Suzanne Frank Gerbasi
1615 Crescent Place
Venice, CA 90291

**Creditors**

Bay Area Financial
12400 Wilshire Blvd., Suite 230
Los Angeles, CA 90025

Chase Auto Finance
201 N. Central Ave.
Phoenix, AZ 85004-0073

## SECTION II SERVED VIA US MAIL continued

Chase Bank USA, N.A.
P.O. Box 15145
Wilmington, DE 19850-5145

c/o Mary Lautenbach
Chase Auto Finance, AZ1-1191
201 N. Central Avenue
Phoenix, AZ 85004-0073

Craig Tanimoto
214 Carroll Canal
Venice, CA 90291

Eyal Hollinger
1332 Amherst Ave.
Los Angeles, CA 90025

IndyMac Mortgage Services
P.O. Box 78826
Phoenix, AZ 85020-8826

Jacek Terpinsky
1194 Huron Road
North Brunswick, NJ 08902

James M. Landon
125 Cove Court
Roseville, CA 95747

Joseph Hiura
612 Milwood Ave.
Venice, CA 90291-3863

Kinecta FCU
P.O. Box 172
Manhattan Beach, CA 90267

Los Angeles County Treaserer and Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Mercedes-Benz Financial Services USA LLC
P.O. Box 9001683
Louisville, KY 40290

One West Bank
Randall S. Miller & Associates, P.C.
43252 Woodward Ave., Ste 180
Bloomfield Hills, MI 48302

Raphael Hollinger
1332 Amherst Ave.
Los Angeles, CA 90025

**LAW OFFICES**
Susana B. Tolchard

NOTICE OF HEARING ON
DEBTOR'S DISCLOSURE STATEMENT

5

## SECTION II SERVED VIA US MAIL continued

Richard Rogg
c/o PLM Lender Services, Inc.
46 N. Second Street
Campbell, CA 95008

Thunderbird Property Owners Assoc.
Desert Resort Management
P.O. Box 14387
Palm Desert, CA 92255

Zions First National Bank
c/o Parkinson Phinney
400 Capitol Mall, 11th Floor
Sacramento, CA 95814

Wells Fargo Card Services
Recovery Department
P.O. Box 9210
Des Moines, IA 50306-9210

## OTHER INTERESTED PARTIES

Securities and Exchange Commission
5670 Wilshire Ave. 11th Floor
Los Angeles, CA 90036-5627

**LAW OFFICES**
Susana B. Tolchard

NOTICE OF HEARING ON
DEBTOR'S DISCLOSURE STATEMENT