RANDALL P. MROCZYNSKI
(STATE BAR NO. 156784)
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone:   (714) 431-1100
Facsimile:    (714) 431-1119

Attorneys for Movant
MERCEDES-BENZ FINANCIAL SERVICES USA LLC
f/k/a DCFS USA LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SUZANNE FRANK GERBASI,<br><br>Debtor. | CASE NO. 2:10-bk-64548-PC<br><br>CHAPTER 11<br><br>**CLASS 6 SECURED CREDITOR MERCEDES-BENZ FINANCIAL SERVICES USA LLC f/k/a DCFS USA LLC'S LIMITED OBJECTION TO APPROVAL OF FIRST AMENDED PLAN OF REORGANIZATION**<br><br><u>Hearing Date:</u><br><br>Date:  August 31, 2011<br>Time:  9:30 A.M.<br>Place:  U.S Bankruptcy Court<br>         255 East Temple Street<br>         Los Angeles, CA 90012<br>Ctrm:  1539 |

COMES NOW Class 6 Secured Creditor Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC ("MBFS") and submits this limited objection to approval of the proposed First Amended Plan of Reorganization filed on July 19, 2011 by Debtor SUZANNE FRANK GERBASI ("Debtor").

6100.0294  2297078.1

1   Debtor's Proposed Amended Plan states that MBFS' Class 6 claim is unimpaired and that the
2   obligation to MBFS "will be paid according to its original terms, i.e. monthly installments of
3   $300.00." The Contract payment is in fact $699.36 not $300.00. The Contract is attached to MBFS'
4   filed proof of claim, a true and correct copy of which is attached hereto as Exhibit "A". Debtor's
5   Proposed Amended Plan likely contains a simple draftsman's error as to the monthly payments to be
6   made on account of MBFS' claim. However, to the extent the Plan actually seeks to reduce the
7   monthly payment to $300.00, MBFS objects to the proposed Amended Plan in its current form.

9   DATED: August 22, 2011                COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

                                          By: /s/ Randall P. Mroczynski
                                          RANDALL P. MROCZYNSKI
                                          California Bar # 156784
                                          Attorney for Movant
                                          MERCEDES-BENZ FINANCIAL SERVICES USA
                                          LLC f/k/a DCFS USA LLC

6100.0294   2297078.1